The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606



To:

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

## Statement

| Account # | Date |
|---|---|
| 2019 | 10/19/2009 |

For billing questions, please call
The Logical Web Company at 813-286-2263.

| Due Date | Amount Due |
|---|---|
| 10/19/2009 | $39.90 |

| Date | Transaction | QTY | Amount | Balance |
|---|---|---|---|---|
| 09/16/2006 | Balance forward | | | 0.00 |
| 08/16/2007 | INV #322. | | 19.95 | 19.95 |
| | — Standard Host, 1 @ $19.95 = 19.95 | | | |
| 09/16/2007 | INV #335. | | 19.95 | 39.90 |
| | — Standard Host, 1 @ $19.95 = 19.95 | | | |
| 10/16/2007 | Standard Web Hosting for gppwashington.com 10/16/2007 – 11/152007 | 1 | 19.95 | 59.85 |
| | — Standard Host, 1 @ $19.95 = 19.95 | | | |
| 11/16/2007 | Standard Web Hosting for gppwashington.com 11/16/2007 – 12/152007 | 1 | 19.95 | 79.80 |
| | — Standard Host, 1 @ $19.95 = 19.95 | | | |
| 11/26/2007 | PMT #1002. | | -79.80 | 0.00 |
| 12/16/2007 | Standard Web Hosting for gppwashington.com 12/16/2007 – 1/15/2008 | 1 | 19.95 | 19.95 |
| | — Standard Host, 1 @ $19.95 = 19.95 | | | |
| 01/07/2008 | PMT #1017. | | -19.95 | 0.00 |
| 01/16/2008 | Standard Web Hosting for gppwashington.com 1/16/2008 – 2/15/2008 | 1 | 19.95 | 19.95 |
| | — Standard Host, 1 @ $19.95 = 19.95 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 19.95 | 19.95 | 0.00 | 0.00 | $39.90 |

▼   Please detach and return the portion below with your payment.   ▼

| Account # | Due Date | Amount Due |
|---|---|---|
| 2019 | 10/19/2009 | $39.90 |

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| Amount Paid |
|---|
| |

For questions concerning your statement, please call Customer Support at 866-871-2791

**EXHIBIT 5**
ALL-STATE LEGAL®

GPP-KFY-00538
McRae/LW0181

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606



To:

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

## Statement

| Account # | Date |
|---|---|
| 2019 | 10/19/2009 |

For billing questions, please call
The Logical Web Company at 813-286-2263.

| Due Date | Amount Due |
|---|---|
| 10/19/2009 | $39.90 |

| Date | Transaction | QTY | Amount | Balance |
|---|---|---|---|---|
| 02/16/2008 | Standard Web Hosting for gppwashington.com 2/16/2008 - 3/15/2008 <br> — Standard Host, 1 @ $19.95 = 19.95 | 1 | 19.95 | 39.90 |
| 03/06/2008 | PMT #1021. | | -19.95 | 19.95 |
| 03/16/2008 | Standard Web Hosting for gppwashington.com 3/16/2008 - 4/15/2008 <br> — Standard Host, 1 @ $19.95 = 19.95 | 1 | 19.95 | 39.90 |
| 04/16/2008 | Standard Web Hosting for gppwashington.com 4/16/2008-5/15/2008 <br> — Standard Host, 1 @ $19.95 = 19.95 | 1 | 19.95 | 59.85 |
| 04/28/2008 | PMT #1031. | | -39.90 | 19.95 |
| 05/06/2008 | gppwashington.com 1 year <br> — Domain Name Registration 1, 1 @ $34.99 = 34.99 | 1 | 34.99 | 54.94 |
| 05/16/2008 | Standard Web Hosting for gppwashington.com   5/16/2008-6/15/2008 <br> — Standard Host, 1 @ $19.95 = 19.95 | 1 | 19.95 | 74.89 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due | |
|---|---|---|---|---|---|---|
| 0.00 | 19.95 | 19.95 | 0.00 | 0.00 | $39.90 | |

▼      Please detach and return the portion below with your payment.      ▼

| Account # | Due Date | Amount Due |
|---|---|---|
| 2019 | 10/19/2009 | $39.90 |

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| Amount Paid |
|---|
| |

For questions concerning your statement, please call Customer Support at 866-871-2791

Page 2

GPP-KFY-00539
McRae/LW0182

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606



To:

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

## Statement

| Account # | Date |
|---|---|
| 2019 | 10/19/2009 |

For billing questions, please call
The Logical Web Company at 813-286-2263.

| Due Date | Amount Due |
|---|---|
| 10/19/2009 | $39.90 |

| Date | Transaction | QTY | Amount | Balance |
|---|---|---|---|---|
| 06/05/2008 | INV #455. | | 96.98 | 171.87 |
| | --- Domain Name Registration 1, 1 @ $34.99 = 34.99 | | | |
| | --- Domain Name Registration 1, 1 @ $9.00 = 9.00 | | | |
| | --- Domain Name Registration 1, 1 @ $34.99 = 34.99 | | | |
| | --- Domain Name Registration 1, 1 @ $9.00 = 9.00 | | | |
| | --- Domain Name Registration 1, 1 @ $9.00 = 9.00 | | | |
| 06/09/2008 | PMT #1039. | | -75.00 | 96.87 |
| 06/16/2008 | | 1 | 19.95 | 116.82 |
| | Standard Web Hosting for gppwashington.com 6/16/2008 - 7/15/2008 | | | |
| | --- Standard Host, 1 @ $19.95 = 19.95 | | | |
| 07/16/2008 | | 1 | 19.95 | 136.77 |
| | Standard Web Hosting for gppwashington.com 7/16/2008-8/15/2008 | | | |
| | --- Standard Host, 1 @ $19.95 = 19.95 | | | |
| 07/21/2008 | PMT #1042. | | -150.00 | -13.23 |
| 08/16/2008 | | 1 | 19.95 | 6.72 |
| | Standard Web Hosting for gppwashington.com 8/16/2008-9/15/2008 | | | |
| | --- Standard Host, 1 @ $19.95 = 19.95 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due | |
|---|---|---|---|---|---|---|
| 0.00 | 19.95 | 19.95 | 0.00 | 0.00 | $39.90 | |

▼          Please detach and return the portion below with your payment.          ▼

| Account # | Due Date | Amount Due |
|---|---|---|
| 2019 | 10/19/2009 | $39.90 |

The Logical Web Company, Inc.

1704 W. North B St.

Tampa, FL 33606

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| Amount Paid |
|---|
| |

For questions concerning your statement, please call Customer Support at 866-871-2791

GPP-KFY-00540
McRae/LW0183

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606



To:

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

# Statement

| Account # | Date |
|-----------|------|
| 2019 | 10/19/2009 |

For billing questions, please call
The Logical Web Company at 813-286-2263.

| Due Date | Amount Due |
|----------|------------|
| 10/19/2009 | $39.90 |

| Date | Transaction | QTY | Amount | Balance |
|------|-------------|-----|--------|---------|
| 09/16/2008 | Standard Web Hosting for gppwashington.com   9/16/2008-10/15/2008 --- Standard Host, 1 @ $19.95 = 19.95 | 1 | 19.95 | 26.67 |
| 10/06/2008 | PMT #1052. | | -26.67 | 0.00 |
| 10/16/2008 | Standard Web Hosting for gppwashington.com 10/16/2008 – 11/15/2008 --- Standard Host, 1 @ $19.95 = 19.95 | 1 | 19.95 | 19.95 |
| 11/16/2008 | Standard Web Hosting for gppwashington.com 11/16/2008-12/15/2008 --- Standard Host, 1 @ $19.95 = 19.95 | 1 | 19.95 | 39.90 |
| 12/08/2008 | PMT #1059. | | -40.00 | -0.10 |
| 12/12/2008 | 12/12/2008: bio added to site --- 55 Web Updates, 0.5 @ $55.00 = 27.50 | 0.5 | 27.50 | 27.40 |
| 12/16/2008 | Standard Web Hosting for gppwashington.com 12/16/2008-1/15/2009 --- Standard Host, 1 @ $19.95 = 19.95 | 1 | 19.95 | 47.35 |
| 01/08/2009 | PMT #1061. | | -60.00 | -12.65 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due | |
|---------|--------------------|---------------------|---------------------|------------------------|------------|--|
| 0.00 | 19.95 | 19.95 | 0.00 | 0.00 | $39.90 | |

▼     Please detach and return the portion below with your payment.     ▼

| Account # | Due Date | Amount Due |
|-----------|----------|------------|
| 2019 | 10/19/2009 | $39.90 |

The Logical Web Company, Inc.

1704 W. North B St.
Tampa, FL 33606

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| Amount Paid |
|-------------|
|             |

For questions concerning your statement, please call Customer Support at 866-871-2791

GPP-KFY-00541
McRae/LW0184

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606



To:

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

# Statement

| Account # | Date |
|-----------|------|
| 2019 | 10/19/2009 |

For billing questions, please call
The Logical Web Company at 813-286-2263.

| Due Date | Amount Due |
|----------|-----------|
| 10/19/2009 | · $39.90 |

| Date | Transaction | QTY | Amount | Balance |
|------|-------------|-----|--------|---------|
| 01/16/2009 | | 1 | 19.95 | 7.30 |
| | Standard Web Hosting for gppwashington.com 1/16/2009 - 2/15/2009 | | | |
| | --- Standard Host, 1 @ $19.95 = 19.95 | | | |
| 02/06/2009 | PMT #1068. | | -60.00 | -52.70 |
| 02/16/2009 | | 1 | 19.95 | -32.75 |
| | Standard Web Hosting for gppwashington.com 2/16/2009-3/15/2009 | | | |
| | --- Standard Host, 1 @ $19.95 = 19.95 | | | |
| 03/16/2009 | | 1 | 19.95 | -12.80 |
| | Standard Web Hosting for gppwashington.com   3/16/2009-4/15/2009 | | | |
| | --- Standard Host, 1 @ $19.95 = 19.95 | | | |
| 04/16/2009 | | 1 | · 19.95 | 7.15 |
| | Standard Web Hosting for gppwashington.com 4/16/2009-5/15/2009 | | | |
| | --- Standard Host, 1 @ $19.95 = 19.95 | | | |
| 05/15/2009 | INV #700. | | 19.95 | 27.10 |
| | --- Standard Host, 1 @ $19.95 = 19.95 | | | |
| 06/16/2009 | INV #923. | | 19.95 | 47.05 |
| | --- Standard Host, 1 @ $19.95 = 19.95 | | | |
| 06/16/2009 | PMT #1086. | | -40.00 | 7.05 |
| 08/15/2009 | Discount | | -7.05 | 0.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|-----------|
| 0.00 | 19.95 | 19.95 | 0.00 | 0.00 | $39.90 |

▼          Please detach and return the portion below with your payment.          ▼

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| Account # | Due Date | Amount Due |
|-----------|----------|-----------|
| 2019 | 10/19/2009 | $39.90 |

| Amount Paid |
|-------------|
| |

For questions concerning your statement, please call Customer Support at 866-871-2791

GPP-KFY-00542
McRae/LW0185

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606



To:

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

## Statement

| Account # | Date |
|-----------|------|
| 2019 | 10/19/2009 |

For billing questions, please call
The Logical Web Company at 813-286-2263.

| Due Date | Amount Due |
|----------|------------|
| 10/19/2009 | $39.90 |

| Date | Transaction | QTY | Amount | Balance |
|------|-------------|-----|--------|---------|
| 09/16/2009 | INV #1532. | | 19.95 | 19.95 |
| | --- Standard Host, 1 @ $19.95 = 19.95 | | | |
| 10/16/2009 | INV #1757. | | 19.95 | 39.90 |
| | --- Standard Host, 1 @ $19.95 = 19.95 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due | |
|---------|--------------------|--------------------|--------------------|-----------------------|------------|--|
| 0.00 | 19.95 | 19.95 | 0.00 | 0.00 | $39.90 | |

▼          Please detach and return the portion below with your payment.          ▼

| Account # | Due Date | Amount Due |
|-----------|----------|------------|
| 2019 | 10/19/2009 | $39.90 |

The Logical Web Company, Inc.

1704 W. North B St.
Tampa, FL 33606

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| Amount Paid |
|-------------|
| |

For questions concerning your statement, please call Customer Support at 866-871-2791

GPP-KFY-00543
McRae/LW0186

8:55 AM

10/20/09

# The Logical Web Company, Inc.
## Customer QuickReport
### All Transactions

| Type | Date | Num | Amount |
|------|------|-----|--------|
| **Global Policy Partners** | | | |
| Invoice | 8/16/2007 | 322 | 19.95 |
| Invoice | 9/16/2007 | 335 | 19.95 |
| Stmt Charge | 10/16/2007 | | 19.95 |
| Stmt Charge | 11/16/2007 | | 19.95 |
| Payment | 11/26/2007 | 1002 | 79.80 |
| Stmt Charge | 12/16/2007 | | 19.95 |
| Payment | 1/7/2008 | 1017 | 19.95 |
| Stmt Charge | 1/16/2008 | | 19.95 |
| Stmt Charge | 2/16/2008 | | 19.95 |
| Payment | 3/6/2008 | 1021 | 19.95 |
| Stmt Charge | 3/16/2008 | | 19.95 |
| Stmt Charge | 4/16/2008 | | 19.95 |
| Payment | 4/28/2008 | 1031 | 39.90 |
| Stmt Charge | 5/6/2008 | | 34.99 |
| Stmt Charge | 5/16/2008 | | 19.95 |
| Invoice | 6/5/2008 | 455 | 96.98 |
| Payment | 6/9/2008 | 1039 | 75.00 |
| Stmt Charge | 6/16/2008 | | 19.95 |
| Stmt Charge | 7/16/2008 | | 19.95 |
| Payment | 7/21/2008 | 1042 | 150.00 |
| Stmt Charge | 8/16/2008 | | 19.95 |
| Stmt Charge | 9/16/2008 | | 19.95 |
| Payment | 10/6/2008 | 1052 | 26.67 |
| Stmt Charge | 10/16/2008 | | 19.95 |
| Stmt Charge | 11/16/2008 | | 19.95 |
| Payment | 12/8/2008 | 1059 | 40.00 |
| Stmt Charge | 12/12/2008 | | 27.50 |
| Stmt Charge | 12/16/2008 | | 19.95 |
| Payment | 1/8/2009 | 1061 | 60.00 |
| Stmt Charge | 1/16/2009 | | 19.95 |
| Payment | 2/6/2009 | 1068 | 60.00 |
| Stmt Charge | 2/16/2009 | | 19.95 |
| Stmt Charge | 3/16/2009 | | 19.95 |
| Stmt Charge | 4/16/2009 | | 19.95 |
| Invoice | 5/15/2009 | 700 | 19.95 |
| Invoice | 6/16/2009 | 923 | 19.95 |
| Payment | 6/16/2009 | 1086 | 40.00 |
| Discount | 8/15/2009 | | −7.05 |
| Invoice | 9/16/2009 | 1532 | 19.95 |
| Invoice | 10/16/2009 | 1757 | 19.95 |

GPP-KFY-00544
McRae/LW0187

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606



## Invoice #   322

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| | |
|---|---|
| Invoice Date: | 8/16/2007 |
| Account Number: | 2019 |
| Invoice Amount: | $19.95 |
| **Payment Due Date:** | 9/15/2007 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Standard Web Hosting for gppwashington.com 8/16/2007 – 9/15/2007 | 19.95 | 19.95 |
| | | | |
| | **Total** | | $19.95 |

For billing questions, please call The Logical Web
Company at 813-286-2263.

▼ Please detach at dotted line and return this portion with your payment.   ▼

| Account # | Invoice # | Invoice Amount |
|---|---|---|
| 2019 | 322 | $19.95 |

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| Amount Paid |
|---|
| |

Please make checks payable to The Logical Web Company.
If you have any questions about this invoice, please call customer support at 866-871-2791.

GPP-KFY-00545
McRae/LW0188

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606



## Invoice #          335

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| | |
|---|---|
| Invoice Date: | 9/16/2007 |
| Account Number: | 2019 |
| Invoice Amount: | $19.95 |
| **Payment Due Date:** | 10/16/2007 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Standard Web Hosting for gppwashington.com 9/16/2007 – 10/15/2007 | 19.95 | 19.95 |
| | | | |
| | **Total** | | $19.95 |

For billing questions, please call The Logical Web
Company at 813-286-2263.

▼ Please detach at dotted line and return this portion with your payment.   ▼

| Account # | Invoice # | Invoice Amount |
|---|---|---|
| 2019 | 335 | $19.95 |

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| Amount Paid |
|---|
| |

Please make checks payable to The Logical Web Company.
If you have any questions about this invoice, please call customer support at 866-871-2791.

GPP-KFY-00546
McRae/LW0189

Payment Receipt

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Received From:
Global Policy Partners
Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| | | | |
|---|---|---|---|
| Date Received | 11/26/2007 | Payment Amount | $79.80 |
| Payment Method | Check | | |
| Check/Ref. No. | 1002 | | |

Invoices Paid

| Date | Number | Amount Applied |
|---|---|---|
| 08/16/2007 | 322 | -$19.95 |
| 09/16/2007 | 335 | -$19.95 |
| 10/16/2007 | | -$19.95 |
| 11/16/2007 | | -$19.95 |

GPP-KFY-00547
McRae/LW0190

Payment Receipt

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Received From:
Global Policy Partners
Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| | | | | |
|---|---|---|---|---|
| Date Received | 01/07/2008 | | Payment Amount | $19.95 |
| Payment Method | Check | | | |
| Check/Ref. No. | 1017 | | | |

Invoices Paid

| Date | Number | Amount Applied |
|---|---|---|
| 12/16/2007 | | -$19.95 |

GPP-KFY-00548
McRae/LW0191

Payment Receipt

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Received From:
Global Policy Partners
Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| | | | |
|---|---|---|---|
| Date Received | 03/06/2008 | Payment Amount | $19.95 |
| Payment Method | Check | | |
| Check/Ref. No. | 1021 | | |

Invoices Paid

| Date | Number | Amount Applied |
|---|---|---|
| 01/16/2008 | | -$19.95 |

GPP-KFY-00549
McRae/LW0192

Payment Receipt

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Received From:
Global Policy Partners
Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| | | | |
|---|---|---|---|
| Date Received | 04/28/2008 | Payment Amount | $39.90 |
| Payment Method | Check | | |
| Check/Ref. No. | 1031 | | |

Invoices Paid

| Date | Number | Amount Applied |
|---|---|---|
| 02/16/2008 | | -$19.95 |
| 03/16/2008 | | -$19.95 |

GPP-KFY-00550
McRae/LW0193

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606



# Invoice #     455

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| | |
|---|---|
| Invoice Date: | 6/5/2008 |
| Account Number: | 2019 |
| Invoice Amount: | $96.98 |
| Payment Due Date: | 6/5/2008 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Domain Name Renewal: gppbeijing.com 1 year | 34.99 | 34.99 |
| 1 | Private-Registration For Domain: gppbeijing.com 1 year | 9.00 | 9.00 |
| 1 | Domain Name Renewal: globalpolicy-partners.com | 34.99 | 34.99 |
| 1 | Private-Registration For Domain: globalpolicy-partners.com 1 year | 9.00 | 9.00 |
| 1 | Private-Registration For Domain: gppwashington.com | 9.00 | 9.00 |
| | **Total** | | $96.98 |

For billing questions, please call The Logical Web
Company at 813-286-2263.

▼ Please detach at dotted line and return this portion with your payment.  ▼

| Account # | Invoice # | Invoice Amount |
|---|---|---|
| 2019 | 455 | $96.98 |

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| Amount Paid |
|---|
| |

Please make checks payable to The Logical Web Company.
If you have any questions about this invoice, please call customer support at 866-871-2791.

GPP-KFY-00551
McRae/LW0194

Payment Receipt

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Received From:
Global Policy Partners
Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| | | | |
|---|---|---|---|
| Date Received | 06/09/2008 | Payment Amount | $75.00 |
| Payment Method | Check | | |
| Check/Ref. No. | 1039 | | |

Invoices Paid

| Date | Number | Amount Applied |
|---|---|---|
| 04/16/2008 | | -$19.95 |
| 05/06/2008 | | -$34.99 |
| 05/16/2008 | | -$19.95 |
| 06/05/2008 | 455 | -$0.11 |

GPP-KFY-00552
McRae/LW0195

Payment Receipt

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Received From:
Global Policy Partners
Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| | | | |
|---|---|---|---|
| Date Received | 07/21/2008 | Payment Amount | $150.00 |
| Payment Method | Check | | |
| Check/Ref. No. | 1042 | | |

Invoices Paid

| Date | Number | Amount Applied |
|---|---|---|
| 06/05/2008 | 455 | -$96.87 |
| 06/16/2008 | | -$19.95 |
| 07/16/2008 | | -$19.95 |
| 08/16/2008 | | -$13.23 |

GPP-KFY-00553
McRae/LW0196

Payment Receipt

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Received From:
Global Policy Partners
Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| | | | | |
|---|---|---|---|---|
| Date Received | 10/06/2008 | | Payment Amount | $26.67 |
| Payment Method | Check | | | |
| Check/Ref. No. | 1052 | | | |

Invoices Paid

| Date | Number | Amount Applied |
|---|---|---|
| 08/16/2008 | | -$6.72 |
| 09/16/2008 | | -$19.95 |

Page 1

GPP-KFY-00554
McRae/LW0197

Payment Receipt

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Received From:
Global Policy Partners
Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| Date Received | 12/08/2008 | Payment Amount | $40.00 |
| Payment Method | Check | | |
| Check/Ref. No. | 1059 | | |

Invoices Paid

| Date | Number | Amount Applied |
| --- | --- | --- |
| 10/16/2008 | | -$19.95 |
| 11/16/2008 | | -$19.95 |
| 12/12/2008 | | -$0.10 |

GPP-KFY-00555
McRae/LW0198

Payment Receipt

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Received From:
Global Policy Partners
Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| Date Received | 01/08/2009 | | Payment Amount | $60.00 |
| Payment Method | Check | | | |
| Check/Ref. No. | 1061 | | | |

Invoices Paid

| Date | Number | Amount Applied |
|------|--------|----------------|
| 12/16/2008 | | -$19.95 |
| 12/12/2008 | | -$27.40 |
| 01/16/2009 | | -$12.65 |

GPP-KFY-00556
McRae/LW0199

Payment Receipt

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Received From:
Global Policy Partners
Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, D.C. 20006

| | | | |
|---|---|---|---|
| Date Received | 02/06/2009 | Payment Amount | $60.00 |
| Payment Method | Check | | |
| Check/Ref. No. | 1068 | | |

Invoices Paid

| Date | Number | Amount Applied |
|---|---|---|
| 03/16/2009 | | -$7.30 |
| 02/16/2009 | | -$19.95 |
| 03/16/2009 | | -$19.95 |
| 04/16/2009 | | -$12.80 |

GPP-KFY-00557
McRae/LW0200

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606



# Invoice #          700

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| | |
|---|---|
| Invoice Date: | 5/15/2009 |
| Account Number: | 2019 |
| Invoice Amount: | $19.95 |
| Payment Due Date: | 5/15/2009 |

| Quantity | Description | Period of Service | Rate | Amount |
|---|---|---|---|---|
| 1 | Standard Web Hosting for gppwashington.com | 5/16/2009-6/15/2009 | 19.95 | 19.95 |

| | | | **Total** | **$19.95** |
|---|---|---|---|---|

For billing questions, please call The Logical Web
Company at 813-286-2263.

▼ Please detach at dotted line and return this portion with your payment.   ▼

| Account # | Invoice # | Invoice Amount |
|---|---|---|
| 2019 | 700 | $19.95 |

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

Please make checks payable to The Logical Web Company.
If you have any questions about this invoice, please call customer support at 866-871-2791.

| Amount Paid |
|---|
| |

GPP-KFY-00558
McRae/LW0201

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606



## Invoice #          923

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| | |
|---|---|
| Invoice Date: | 6/16/2009 |
| Account Number: | 2019 |
| Invoice Amount: | $19.95 |
| **Payment Due Date:** | 6/16/2009 |

| Quantity | Description | Period of Service | Rate | Amount |
|---|---|---|---|---|
| 1 | Standard Web Hosting for gppwashington.com | 6/16/2009-7/15/2009 | 19.95 | 19.95 |

| | | | **Total** | $19.95 |
|---|---|---|---|---|

For billing questions, please call The Logical Web
Company at 813-286-2263.

▼ Please detach at dotted line and return this portion with your payment.  ▼

| Account # | Invoice # | Invoice Amount |
|---|---|---|
| 2019 | 923 | $19.95 |

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| Amount Paid |
|---|
| |

Please make checks payable to The Logical Web Company.
If you have any questions about this invoice, please call customer support at 866-871-2791.

GPP-KFY-00559
McRae/LW0202

Payment Receipt

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Received From:
Global Policy Partners
Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| | | | | |
|---|---|---|---|---|
| Date Received | 06/16/2009 | | Payment Amount | $40.00 |
| Payment Method | Check | | | |
| Check/Ref. No. | 1086 | | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 04/16/2009 | | -$7.15 |
| 05/15/2009 | 700 | -$19.95 |
| 06/16/2009 | 923 | -$12.90 |

Page 1

GPP-KFY-00560

McRae/LW0203

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606



## Invoice #    1757

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| | |
|---|---|
| Invoice Date: | 10/16/2009 |
| Account Number: | 2019 |
| Invoice Amount: | $19.95 |
| **Payment Due Date:** | 10/16/2009 |

| Quantity | Description | Period of Service | Rate | Amount |
|---|---|---|---|---|
| 1 | Standard Web Hosting for gppwashington.com | 10/16/2009-11/15/2009 | 19.95 | 19.95 |
| | | **Total** | | $19.95 |

For billing questions, please call The Logical Web
Company at 813-286-2263.

▼ Please detach at dotted line and return this portion with your payment.   ▼

| Account # | Invoice # | Invoice Amount |
|---|---|---|
| 2019 | 1757 | $19.95 |

The Logical Web Company, Inc.
1704 W. North B St.
Tampa, FL 33606

Global Policy Partners
1701 Pennsylvania Avenue NW
Suite 300
Washington, DC. 20006

| Amount Paid |
|---|
| |

Please make checks payable to The Logical Web Company.
If you have any questions about this invoice, please call customer support at 866-871-2791.

GPP-KFY-00562

McRae/LW0205