**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(ALEXANDRIA DIVISION)**

|   |   |
|---|---|
| GLOBAL POLICY PARTNERS, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Civil Action No. 1:09-cv-859 TSE/TRJ ) ) |
| BRENT YESSIN, *et al.*, | ) ) |
| Defendants. | ) ) |

## PLAINTIFFS' MOTIONS *IN LIMINE*

Plaintiffs Global Policy Partners, LLC ("GPP") and Katherine Friess ("Ms. Friess), by and through their undersigned counsel, respectfully submit their Motions *in Limine*.

In accordance with the Court's November 24, 2009 Opinion and the evidence adduced in this case, Plaintiffs move this Court, *in limine*, to exclude evidence and testimony: (1) that Defendant is the sole Manager of GPP and that as the sole or 1 of 3 Managers he had authority to access Plaintiffs' email accounts; (2) regarding the Operating Agreement that Defendant alone executed (without the knowledge or approval of the other Managers and Members), or that this Operating Agreement gave him authority to access Plaintiffs' email accounts or become the only Manager and Member of GPP; (3) that Defendant is the sole Member of GPP and that as a non-Member, 10% Member or the sole Member he had authority to access Plaintiffs' email accounts**;** (4) that Defendant allegedly loaned Plaintiffs monies and that by doing so he had authority to access Plaintiffs' email accounts and become the sole Manager and Member of GPP; (5) that Ms. Friess allegedly stored her password on Defendant's computer and, by doing so, gave Defendant

authority to access Plaintiffs' email accounts; and (6) whether GPP is a proper or valid plaintiff in this case.

The grounds for these Motions are fully set forth in the accompanying Memorandum of Points and Authorities and accompanying Exhibits that are submitted concurrently herewith.

*WHEREFORE*, Plaintiffs respectfully request that this Honorable Court grant these Motions in their entirety.

Dated: January 27, 2010                                Respectfully Submitted,

                                                       **PLAINTIFFS**
                                                       By Counsel

                                                       _____/s/_____
                                                       Bernard J. DiMuro, Esq.
                                                       Virginia State Bar #18784
                                                       Stephen L. Neal, Jr., Esq. (*pro hac vice*)
                                                       Stacey Rose Harris, Esq.
                                                       Virginia State Bar #65887
                                                       Stephen J. Stine, Esq.
                                                       Virginia State Bar #66738
                                                       *Counsel for Plaintiffs*
                                                       DiMuroGinsberg, P.C.
                                                       908 King Street, Suite 200
                                                       Alexandria, VA 22314
                                                       Phone: (703) 684-4333
                                                       Fax: (703) 548-3181
                                                       E-Mails: bdimuro@dimuro.com;
                                                       sneal@dimuro.com; sharris@dimuro.com;
                                                       sstine@dimuro.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 27th day of January, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

    Charles M. Sims, Esq.
    *Counsel for Defendants*
    LeClairRyan
    951 East Byrd Street, 8th Floor
    Richmond, VA 23219
    Phone: (804) 343-5091
    Fax: (804) 783-7655
    Email: charles.sims@leclairryan.com;

    C. Matthew Haynes, Esq.
    *Counsel for Defendants*
    LeClairRyan
    2318 Mill Road, Suite 1100
    Alexandria, VA 22314
    Phone: (703) 684.8007
    Fax: (703) 684- 8075
    Email: matthew.haynes@leclair.com

                                              */s/*
                                 Bernard J. DiMuro, Esq.
                                 Virginia State Bar #18784
                                 Stephen L. Neal, Jr., Esq. (*pro hac vice*)
                                 Stacey Rose Harris, Esq.
                                 Virginia State Bar #65887
                                 Stephen J. Stine, Esq.
                                 Virginia State Bar #66738
                                 *Counsel for Plaintiffs*
                                 DiMuroGinsberg, P.C.
                                 908 King Street, Suite 200
                                 Alexandria, VA 22314
                                 Phone: (703) 684-4333
                                 Fax: (703) 548-3181
                                 E-Mails: bdimuro@dimuro.com;
                                 sneal@dimuro.com; sharris@dimuro.com;
                                 sstine@dimuro.com